**Electronically Filed
Supreme Court
SCAD-22-0000099
15-JUN-2022
10:11 AM
Dkt. 49 ORD**

SCAD-22-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT,
Petitioner,

vs.

MICHAEL JOHN COLLINS, II, aka MICHAEL CHARLES COLLINS,
aka MICHAEL JOHN COLLINS, aka MICHAEL JOHN COLLINS, XXVII
(HI bar #9087), Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 22-0051)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the June 5, 2022 submission by Respondent Collins, which we deem a renewed motion for the dissolution of his suspension, pursuant to Rule 2.23(c) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), the June 13, 2022 response filed by the Office of Disciplinary Counsel (ODC) on behalf of the Disciplinary Board of the Hawai'i Supreme Court, and the record in this matter, we conclude that this court's May 31, 2022 order informed Respondent Collins of the clear guidelines established by this court for the

dissolution of his suspension and the reinstatement of his license and that his June 5, 2022 submission did not meet those criteria.  Therefore,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, June 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2